Andrew A. Bao, Esq.
Nevada Bar No. 10508
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV. 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendants
**GREEN TREE SERVICING LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

### LAS VEGAS DIVISION

| | |
|---|---|
| LAURENCIA ROBLES,<br><br>Plaintiff,<br>v.<br><br>GREEN TREE SERVICING LLC; NATIONAL DEFAULT SERVICING CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through V, and ROE ENTITIES VI THROUGH X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-02221-JCM-CWH<br><br>**JUDGMENT OF DISMISSAL** |

On March 24, 2016, this Court issued an order (Document 31) granting summary judgment in favor of Defendants Green Tree Servicing LLC and Federal National Mortgage Association all claims for relief alleged in Plaintiff Laurencia Robles ("Plaintiff") operative complaint in this matter.

///

///

///

///

///

1
JUDGMENT OF DISMISSAL

2301405.1

Consistent with the court's order, judgment shall be entered in favor of Green Tree Servicing LLC and Federal National Mortgage Association and against Plaintiff.

**IT IS SO ORDERED.**

DATED: March 28, 2016         By: /s/ James C. Mahan
                                  UNITED STATES DISTRICT JUDGE

Submitted by:

WOLFE & WYMAN LLP

By: /s/ Andrew A. Bao  SBN 10508
    ANDREW BAO, ESQ.
    Nevada Bar No. 10508
    WOLFE & WYMAN LLP
    980 Kelly Johnson Drive, Suite 140
    Las Vegas, NV 89119
    Attorneys for Defendant
    FEDERAL NATIONAL MORTGAGE ASSOCIATION